UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-235-D

| | |
|---|---|
| TONY HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

On November 18, 2020, Tony Hicks ("Hicks" or "plaintiff") filed a pro se complaint in the New Hanover County District Court Small Claims Division. See [D.E. 1-1]. On December 1, 2020, the United States ("United States" or "defendant") removed the case to this court [D.E. 1]. On January 7, 2021, defendant moved to dismiss the complaint for failure to state a claim upon which relief can be granted [D.E. 7] and filed a memorandum in support [D.E. 8]. Hicks did not respond to the motion. For the reasons stated in the memorandum in support of defendant's motion to dismiss [D.E. 8], the court GRANTS defendant's motion to dismiss [D.E. 7] and DISMISSES WITHOUT PREJUDICE plaintiff's pro se complaint.

SO ORDERED. This 4 day of February 2021.

JAMES C. DEVER III
United States District Judge