UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TONY HICKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:20-CV-235-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 7] and DISMISSES WITHOUT PREJUDICE plaintiff's pro se complaint.

**This Judgment Filed and Entered on February 4, 2021, and Copies To:**

| | |
|---|---|
| Tony Hicks | (Sent to 29 Twin Oaks Dr. Castle Hayne, NC 28429 via US Mail) |
| Asia J. Prince | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| February 4, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |